IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 17-549-1 |
| : | |
| PETER GOODCHILD : | |
| : | |

**ORDER**

This 14th day of November, 2018, upon consideration of the Motion of United States of America for Order Authorizing Government to Maintain Custody of Seized Property, Defendant's Response thereto, and the Government's Reply to Defendant's Response, it is hereby **ORDERED** that the Government's Motion is **DENIED**. The Government is hereby **ORDERED** to release the following property as required by 18 U.S.C. § 983(a)(3)(B):

(1) Eight thousand, five hundred eight dollars and seventy cents ($8,508.70) from PNC Bank Account No. 8017211775;

(2) Twenty one thousand, two hundred twenty four dollars and twenty nine cents ($21,224.29) from TD Bank Account No. 4244777201;

(3) Nine hundred, forty eight dollars and thirteen cents ($948.13) from Fidelity Investments Account No. x47-588210; and

(4) Thirty six thousand, nine hundred fourteen dollars and sixty two cents ($36,914.62) from Fidelity Investments Account No. 128-075264.

/s/ Gerald Austin McHugh
United States District Judge